IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM E. COLEMAN, JR.,
Inmate No. 456672,
    Plaintiff,

vs.                                        Case No.: 3:15cv172/MCR/EMT

CORIZON, LLC, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated February 21, 2018 (ECF No. 73). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objection has been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendants' Motion to Dismiss and Notice of Adoption (ECF Nos. 47,

49) are **GRANTED** only to the extent that Counts Five, Six, Seven, and Eight as contained in Plaintiff's Second Amended Complaint are **DISMISSED** and the motion is **DENIED** in all other respects.

    3.    This case is hereby referred to the assigned magistrate judge for further proceedings.

**DONE AND ORDERED** this 23rd day of March 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**