FROM A STATE
NAL INSTITUTION

District Court
t of Florida
Street
, 32502

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM E. COLEMAN, JR.,

    PLAINTIFF,

V.

CORIZON, LLC, et al.,

    DEFENDANTS.

CASE NUMBER:
3:15cv172/MCR/EMT

OUTGOING LEGAL MAIL PROVIDED TO TAYLOR C.I. FOR MAILING ON
9.14.18 / mp
DATE (MAILROOM-ANNEX)  OFFICER INT.

## MOTION TO DISMISS THE ABOVE-STYLED CAUSE

COMES NOW, the Plaintiff, William E. Coleman, Jr., pro se, pursuant to any and all applicable Federal Rules of Civil Procedure, as well as, any and all applicable Local Rules of the Northern District, and moves this Court for the entry of an order dismissing the above-styled cause of action forthwith. In support of the instant motion, the Plaintiff states with clarity:

1.) The Plaintiff still suffers from the medical issues and deliberate indifference as a result.

2.) The Plaintiff <u>cannot overcome</u> the "systemic" problems at Taylor Correctional Institution, regarding the implementation of "state-created" impediments to the filing of a Response in Opposition to the Defendant's Motions for Summary Judgment.

3.) The Plaintiff has consistently advised this Court, and even requested assistance, only to receive a paper court order stating that he had a "<u>bona fide</u>" deadline, which Taylor Correctional Institution does not respect.

FILED USDC FLND PN
SEP 17 '18 PM 2:06

(1.)

4.) Although the Plaintiff has been in the Law library for Four (4) days in a row, those days are not enough to file the proper document in order to overcome the Defendant's Motions.

5.) Thus, the Plaintiff, who is an Honorably Discharged Veteran of the United States Army, and who served, willing to give his life for the very principles of democracy and freedom, now sees that there is no such thing when it comes to the treatment and respect for the citizen who becomes incarcerated in the State of Florida.

6.) Finally, the Plaintiff would like this Court to know that his claims were truthful and that his filing of the lawsuit was not done with malicious intent, but with the prospect of ensuring that those sued know that they too must respect the law and the Constitution, and will be held responsible when they don't.

Submitted,
*William E. Coleman*
William E. Coleman, Jr., #456672
Taylor Correctional Institution (A)
8501 Hampton Springs Road
Perry, Florida  32348

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the date indicated below, I placed this document in the hands of prison officials for mailing to: Clerk of the Court, United States District Court, 100 North Palafox Street, Pensacola, Florida 32502; and, The Toomey Law Firm, The Old Robb & Stuckey Building, 162 Hendry Street, Suite 203, Fort Myers, Florida 33901, on this _15th_ day of _September_, 2018.

Submitted,
/s/ William E. Coleman Jr.
William E. Coleman, Jr., #456672, Q2154S,
Pro Se Litigant

(3)

Case 3:15-cv-00172-MCR-EMT   Document 92   Filed 09/17/18   Page 5 of 5



MR. WILLIAM E. COLEMAN, JR., #456672,
TAYLOR CORRECTIONAL INSTITUTION
8501 HAMPTON SPRINGS ROAD
PERRY, FLORIDA 32348

CHECKED SEP 17 2018

TALLAHASSEE FL 323
14 SEP 2018 PM 3 L
MAILED FROM A STATE CORRECTIONAL INSTITUTION

United States District Court
Northern District of Florida
100 North Palafox Street
Pensacola, Florida 32502

32502-483900