UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIAM E COLEMAN, JR,**

      **Plaintiff,**

**v.**                                   **CASE NO. 3:15cv172-MCR-EMT**

**JONATHAN HUTCHINS, et al.,**

      **Defendants.**
_____/

## ORDER OF DISMISSAL

Pending is Plaintiff's Motion to Dismiss, ECF No. 92. The motion is **GRANTED**. The Court hereby **DISMISSES** the above-entitled action from the active docket of the Court and all pending motions are **MOOT**. The Clerk is directed to close the file.

**DONE and ORDERED** on this 19th day of September 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**